No. 4,069.—STATE EX REL. BOARD OF RAILROAD COMMIS-
SIONERS, RELATOR, *v.* J. H. HALL, RESPONDENT.

Original application for writ of injunction.

Decided June 23, 1917.

PER CURIAM.—Motion to quash the temporary injunction
issued in this cause having been duly argued by counsel, it was
after due consideration overruled; and counsel for respondent de-
clining to make further appearance, the court ordered that a
peremptory writ issue enjoining respondent from acting or at-
tempting to act as chairman of the board of railroad commis-
sioners.

*Messrs. Galen & Mettler,* for Relator.

*Mr. H. C. Hall,* for Respondent.

No. 4,014.—AMBROSE McFARLAND, RESPONDENT, *v.* J. J.
WELCH ET AL., APPELLANTS.

*Appeal from District Court, Missoula County; Theo. Lentz.
Judge.*

Decided July 2, 1917.

PER CURIAM.—Upon motion of appellants herein, the ap-
peal in the above-entitled cause is hereby dismissed.

*Messrs. Mulroney & Mulroney,* for Appellants.

*Mr. Harry H. Parsons* and *Mr. S. J. Bishoff,* for Respondent.